1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

JASON S. REEVE,

Plaintiff,

Case No. C20-5256 RAJ

9

v.

10

COMMISSIONER OF SOCIAL SECURITY,

11

Defendant.

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

12

13

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

14

(1)     Plaintiff shall be issued summonses.

15

(2)     Plaintiff is responsible for serving the complaint and summonses, and must file

16

proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may

17

effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a

18

copy of the summonses and complaint, along with plaintiff's identifying information, by email to

19

USAWAW.SSAClerk@usdoj.gov.

DATED this 20th day of March, 2020.

20

21

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

22

23