UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB S. REEVE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:20-CV-05256-RAJ<br><br>~~[PROPOSED]~~ ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shallbe amended as follows:

Defendant shall have up to and including July 14, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If Defendant is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

DATED this 17th day of June, 2020.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

Page 1    ORDER - [3:20-CV-05256-RAJ]